MYRA WARMAN, Appellant, v HAIM SHIMON WARMAN, Respondent.

Submitted July 14, 2008; decided September 16, 2008

Motion for leave to appeal denied. Motion for a stay dismissed as academic.

WELLS FARGO BANK, Respondent, v BARBARA SCHARF, Appellant, et al., Defendants.

Submitted July 21, 2008; decided September 16, 2008

Motion for reargument of motion for leave to appeal denied [see 10 NY3d 886 (2008)].